**Order entered January 14, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00728-CR

**DOMINIQUE WOODBERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-52253-U**

## ORDER

Before the Court is appellant's January 11, 2019 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received by the Court on January 11th filed as of the date of this order.

/s/     CORY L. CARLYLE
            JUSTICE